# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff(s)*<br><br>v.<br><br>NICHOLAS JAMES DAVIDSON<br>*Defendant(s)* | Case Number: 17-cr-30076-MJR |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | | | |
|---|---|---|---|
| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL 62201 | Courtroom No.: | 4 |
| Before: | Judge Donald G. Wilkerson | Date and Time: | Thursday, May 4, 2017 at 11:00 a.m. |

This offense is briefly described as follows:
COUNT 1: Title 18:1349-Conspiracy to Commit Wire Fraud

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 650 Missouri Ave., East St. Louis, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date: April 20, 2017

By: *Kathryn K. Schejbal, Deputy Clerk*
*Issuing officer's signature*

JUSTINE FLANAGAN, Acting Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 4/26/2017

*A. Thompson*
*Server's signature*

AERIN THOMPSON, FINANCIAL SPECIALIST
*Printed name and title*

Case 3:17-cr-30076-MJR Document 9 Filed 05/08/17 Page 2 of 4 Page ID #24

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1  PM 2 52<br>NICHOLAS JAMES DAVIDSON<br>███████████<br>███████████ IL<br><br>SUU/SA<br>17-30076-MJR | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name) — C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes / ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 2870 0001 2891 3241 |

PS Form 3811, July 2013 — Domestic Return Receipt

# USPS Tracking® Results

FAQs   (http://faq.usps.com/?articleId=220900)

Track Another Package **+**

Remove

**Tracking Number:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▶   ▶   ▶ Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**   **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 26, 2017, 1:59 pm | Delivered | BOYNTON BEACH, FL 33436 |

▲

Your item was delivered at 1:59 pm on April 26, 2017 in BOYNTON BEACH, FL 33436.

| | | |
|---|---|---|
| April 24, 2017, 4:30 pm | Notice Left (No Authorized Recipient Available) | BOYNTON BEACH, FL 33426 |
| April 24, 2017, 2:10 am | Departed USPS Facility | WEST PALM BEACH, FL 33416 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 23, 2017, 12:19 pm | Arrived at USPS Facility | WEST PALM BEACH, FL 33416 |
| April 22, 2017, 6:19 am | In Transit to Destination | |
| April 21, 2017, 8:56 pm | Departed USPS Facility | SAINT LOUIS, MO 63155 |
| April 20, 2017, 10:44 pm | Arrived at USPS Facility | SAINT LOUIS, MO 63155 |

See Less

## Available Actions

Text Updates

Email Updates

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**